```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
MARK LYNDON HAWKINS
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-cr-00311-MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | STATUS CONFERENCE TO SEPTEMBER |
| v. ) | 24, 2009, AT 9:00 A.M. |
| ) | |
| MARK LYNDON HAWKINS, ) | Date:  August 27, 2009 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Morrison C. England |
| _____ ) | |

    IT IS HEREBY STIPULATED by the parties, through counsel, Todd D. Leras, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Hawkins, that the Court should vacate the status conference scheduled for August 27, 2009, at 9:00 a.m., and reset it for September 24, 2009, at 9:00 a.m.

    Counsel for Mr. Hawkins requires the continuance in order to review discovery fully, and to become familiar with the issues this case presents.

    It is further stipulated by the parties that the Court should exclude the period from the date of this order through September 24, 2009, when it computes the time within which the trial of the above

1

1 | criminal prosecution must commence for purposes of the Speedy Trial
2 | Act.  The parties stipulate that the ends of justice served by granting
3 | Mr. Hawkins' request for a continuance outweigh the best interest of
4 | the public and Mr. Hawkins in a speedy trial, and that this is an
5 | appropriate exclusion of time for defense preparation within the
6 | meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: August 21, 2009                Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

                                      /s/ M.Petrik
                                      _____
                                      MICHAEL PETRIK, Jr.
                                      Assistant Federal Defender
                                      Attorneys for Defendant


Dated: August 21, 2009                LAWRENCE G. BROWN
                                      United States Attorney

                                      /s/ M.Petrik for Todd D. Leras
                                          (consent via email)
                                      _____
                                      TODD D. LERAS
                                      Assistant U.S. Attorney


**ORDER**

   **IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on September 24, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).


Dated: August 21, 2009

                                      _____
                                      MORRISON C. ENGLAND, JR.
                                      UNITED STATES DISTRICT JUDGE

2