DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARK LYNDON HAWKINS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 09-cr-311 MCE |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO DECEMBER 3, |
| v. | ) ) | 2009, AT 9:00 A.M. |
| MARK LYNDON HAWKINS, | ) ) | Date: November 5, 2009 Time: 9:00 a.m. |
| Defendant. | ) ) | Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED by the parties, through counsel, Todd D. Leras, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Hawkins, that the Court should vacate the status conference scheduled for November 5, 2009, at 9:00 a.m., and reset it for December 3, 2009, at 9:00 a.m.

Counsel for Mr. Hawkins requires the continuance in order to review a proposed plea agreement with Mr. Hawkins.

It is further stipulated by the parties that the Court should exclude the period from the date of this order through December 3, 2009, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial

1

09-cr-311 MCE

1  Act.  The parties stipulate that the ends of justice served by granting
2  Mr. Hawkins' request for a continuance outweigh the best interest of
3  the public and Mr. Hawkins in a speedy trial, and that this is an
4  appropriate exclusion of time for defense preparation within the
5  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

6  Dated: November 2, 2009            Respectfully submitted,

7                                     DANIEL BRODERICK
                                      Federal Defender
8
                                      /s/ M.Petrik
9                                     _____
                                      MICHAEL PETRIK, Jr.
10                                    Assistant Federal Defender
                                      Attorneys for Defendant
11

12 Dated: November 2, 2009            LAWRENCE G. BROWN
                                      United States Attorney
13
                                      /s/ M.Petrik for Todd D. Leras
14                                         (consent via email)

15                                    _____
                                      TODD D. LERAS
                                      Assistant U.S. Attorney
16

17                                **ORDER**

18     **IT IS SO ORDERED.**  The Court orders time excluded from the date of
19 this order through the status conference on December 3, 2009, pursuant
20 to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

21  Dated: November 3, 2009

22
                                      _____
23                                    MORRISON C. ENGLAND, JR.
                                      UNITED STATES DISTRICT JUDGE
24

25

26

27

28                                    2                    09-cr-311 MCE