DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARK LYNDON HAWKINS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-cr-00311-MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | STATUS CONFERENCE TO JANUARY 28, |
| v. ) | 2010, AT 9:00 A.M. |
| ) | |
| MARK LYNDON HAWKINS, ) | Date:  December 10, 2009 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Morrison C. England |
| _____ ) | |

 IT IS HEREBY STIPULATED by the parties, through counsel, Todd D. Leras, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Hawkins, that the Court should vacate the status conference scheduled for December 10, 2009, at 9:00 a.m., and reset it for January 28, 2010, at 9:00 a.m.

 Counsel for the government will obtain and produce further discovery that counsel for Mr. Hawkins requires in order to evaluate this case and engage in further plea negotiations. Counsel for Mr. Hawkins will also require the additional time in order to review the new discovery with Mr. Hawkins.

///

1

1    It is further stipulated by the parties that the Court should
2 exclude the period from the date of this order through January 28,
3 2010, when it computes the time within which the trial of the above
4 criminal prosecution must commence for purposes of the Speedy Trial
5 Act.  The parties stipulate that the ends of justice served by granting
6 Mr. Hawkins' request for a continuance outweigh the best interest of
7 the public and Mr. Hawkins in a speedy trial, and that this is an
8 appropriate exclusion of time for defense preparation within the
9 meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: December 8, 2009             Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender

                                    /s/ M.Petrik
                                    _____
                                    MICHAEL PETRIK, Jr.
                                    Assistant Federal Defender
                                    Attorneys for Defendant

Dated: December 8, 2009             BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ M.Petrik for Todd D. Leras
                                    _____
                                    TODD D. LERAS
                                    Assistant U.S. Attorney

2

1  **ORDER**

2  **IT IS SO ORDERED.**  The Court orders time excluded from the date of
3  this order through the status conference on January 28, 2010, pursuant
4  to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

5  Dated: December 9, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3