DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARK LYNDON HAWKINS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>MARK LYNDON HAWKINS,  )<br>  )<br>           Defendant.  )<br>_____ ) | No. 2:09-cr-00311 MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO FEBRUARY 25, 2010, AT 9:00 A.M.<br><br>Date:  January 28, 2010<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED by the parties, through counsel, Todd D. Leras, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Hawkins, that the Court should vacate the status conference scheduled for January 28, 2010, at 9:00 a.m., and reset it for February 25, 2010, at 9:00 a.m.

Counsel for the government will obtain and produce further discovery that counsel for Mr. Hawkins requires in order to evaluate this case and engage in further plea negotiations. Counsel for Mr. Hawkins will also require the additional time in order to review the new discovery with Mr. Hawkins.

///

1

1 It is further stipulated by the parties that the Court should
2 exclude the period from the date of this order through February 25,
3 2010, when it computes the time within which the trial of the above
4 criminal prosecution must commence for purposes of the Speedy Trial
5 Act.  The parties stipulate that the ends of justice served by granting
6 Mr. Hawkins' request for a continuance outweigh the best interest of
7 the public and Mr. Hawkins in a speedy trial, and that this is an
8 appropriate exclusion of time for defense preparation within the
9 meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

10 Dated: January 26, 2010                Respectfully submitted,

11                                        DANIEL BRODERICK
                                          Federal Defender
12
                                          /s/ M.Petrik
13                                        _____
                                          MICHAEL PETRIK, Jr.
14                                        Assistant Federal Defender
                                          Attorneys for Defendant
15

16 Dated: January 26, 2010                BENJAMIN B. WAGNER
                                          United States Attorney
17
                                          /s/ M.Petrik for Todd D. Leras
18                                        _____
                                          TODD D. LERAS
19                                        Assistant U.S. Attorney

2

**ORDER**

   **IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on February 25, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: January 27, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3