1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   MARK LYNDON HAWKINS
7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      )  No. 09-cr-311 MCE
                                  )
11              Plaintiff,        )  STIPULATION AND ORDER TO CONTINUE
                                  )  STATUS CONFERENCE TO APRIL 1,
12      v.                        )  2010, AT 9:00 A.M.
                                  )
13 MARK LYNDON HAWKINS,           )  Date:  February 25, 2010
                                  )  Time:  9:00 a.m.
14              Defendant.        )  Judge: Hon. Morrison C. England
   _____ )
15

16      IT IS HEREBY STIPULATED by the parties, through counsel, Todd D.

17 Leras, Assistant United States Attorney, and Michael Petrik, Jr.,

18 attorney for Mr. Hawkins, that the Court should vacate the status

19 conference scheduled for February 25, 2010, at 9:00 a.m., and reset it

20 for April 1, 2010, at 9:00 a.m.

21      Counsel for the government will obtain and produce further

22 discovery that counsel for Mr. Hawkins requires in order to evaluate

23 this case and engage in further plea negotiations.  Counsel for Mr.

24 Hawkins will also require the additional time in order to review the

25 new discovery with Mr. Hawkins.

26 / / /

27      It is further stipulated by the parties that the Court should

28                                  1

1  exclude the period from the date of this order through April 1, 2010,

2  when it computes the time within which the trial of the above criminal

3  prosecution must commence for purposes of the Speedy Trial Act.  The

4  parties stipulate that the ends of justice served by granting Mr.

5  Hawkins' request for a continuance outweigh the best interest of the

6  public and Mr. Hawkins in a speedy trial, and that this is an

7  appropriate exclusion of time for defense preparation within the

8  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

9  Dated: February 23, 2010          Respectfully submitted,

10                                    DANIEL BRODERICK
                                      Federal Defender

11                                    /s/ M.Petrik

12                                    _____
                                      MICHAEL PETRIK, Jr.
13                                    Assistant Federal Defender
                                      Attorneys for Defendant

14

15 Dated: February 23, 2010          BENJAMIN B. WAGNER
                                      United States Attorney

16                                    /s/ M.Petrik for Todd D. Leras

17                                    _____
                                      TODD D. LERAS
18                                    Assistant U.S. Attorney

19                                    **ORDER**

20      **IT IS SO ORDERED.**  The Court orders time excluded from the date of

21 this order through the status conference on April 1, 2010, pursuant to

22 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

23

24

25

26

27

28                                    2

1

Dated: February 24, 2010

2

3
_____

4
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

5
_____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3