DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARK LYNDON HAWKINS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 09-cr-311 MCE |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JULY 8, 2010, AT 9:00 A.M. |
| v. | ) | |
| MARK LYNDON HAWKINS, | ) | Date:  May 27, 2010 |
| Defendant. | ) ) | Time:  9:00 a.m. Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED by the parties, through counsel, Todd D. Leras, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Hawkins, that the Court should vacate the status conference scheduled for May 27, 2010, at 9:00 a.m., and reset it for July 8, 2010, at 9:00 a.m.

Counsel for Mr. Hawkins requires additional time to review new discovery with Mr. Hawkins.  Counsel also requires additional time to discuss a proposed plea agreement with Mr. Hawkins.

It is further stipulated by the parties that the Court should exclude the period from the date of this order through July 8, 2010, when it computes the time within which the trial of the above criminal

1

prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Hawkins' request for a continuance outweigh the best interest of the public and Mr. Hawkins in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: May 25, 2010                    Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender

                                       /s/ M.Petrik
                                       _____
                                       MICHAEL PETRIK, Jr.
                                       Assistant Federal Defender
                                       Attorneys for Defendant

Dated: May 25, 2010                    BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ M. Petrik for Todd D. Leras
                                       _____
                                       TODD D. LERAS
                                       Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on July 8, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: May 26, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2